The judgment is reversed and the prosecution ordered dismissed.

Opinion approved by the Court.

**Otto Henry LUDWIG, Appellant,**

v.

**The STATE of Texas.**

**No. 28117.**

Court of Criminal Appeals of Texas.

Jan. 18, 1956.

Perry L. Jones, Austin, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Assault with intent to murder without malice is the offense; the punishment, three years in the penitentiary.

Appellant, Otto H. Ludwig, has now filed his personal affidavit requesting the dismissal of the appeal. The request is granted. The appeal as to appellant, Otto H. Ludwig, is dismissed.